Gene O'DARE, alias Willard Lee O'NEAL, alias Jack O'Neal, v. STATE.
No. 16010.

Court of Criminal Appeals of Texas.
May 10, 1933.

Hollis Massey, of Schulenburg, and C. C. Jopling, of La Grange, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Robbery is the offense; penalty assessed at confinement in the penitentiary for life.

The evidence before the trial court is not brought up for review. No bills of exception are found in the record. No faults in the procedure have been perceived which would warrant a reversal or demand discussion.

The judgment is affirmed.

M. E. PERRYMAN v. STATE.
No. 15996.

Court of Criminal Appeals of Texas.
May 10, 1933.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is swindling; penalty assessed at confinement in the penitentiary for eight years.

The indictment appears regular and regularly presented. The facts heard by the trial court do not accompany the record. There are no bills of exception. Nothing has been perceived which would justify a reversal or which requires further discussion.

The judgment is affirmed.

Charles SMITH v. STATE.
No. 15992.

Court of Criminal Appeals of Texas.
May 10, 1933.

J. W. Culwell, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Assault with intent to murder is the offense; penalty assessed at confinement in the penitentiary for two years.

The evidence heard upon the trial is not before this court; nor do we find any bills of exception in the record. No irregularities in the procedure have been perceived which authorize a reversal or require discussion.

The judgment is affirmed.

V. C. STAFFORD v. STATE.
No. 15988.

Court of Criminal Appeals of Texas.
May 31, 1933.

E. T. Miller, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appearing regular, the judgment will be affirmed.